AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

EDWARD RESHAWN JENKINS,

v.

NOEL BROWN, et al.,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 6:25-cv-00030

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

that, in accordance with the Order entered March 17, 2026, the Magistrate Judge's Report and Recommendation is adopted.   Therefore,   Defendants' Motion to Dismiss is granted, Plaintiff's Motion to amend is denied, and his Amended Complaint is dismissed.  This case stands closed.



| | |
|---|---|
| 3/17/2026 | John E. Triplett, Clerk of Court |
| *Date* | *Clerk* |
| | *(By) Ann Duke, Deputy Clerk* |

GAS Rev 10/2020